United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CALIXTO RODRIGUEZ VILLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-1021 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Calixto Rodriguez Villa filed this habeas action while detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. He contests Respondents' ability to detain him without a bond hearing.

On October 6, 2026, Respondents informed the Court that Petitioner was removed and moved to dismiss Petitioner's claims. (*See* Motion to Dismiss, Doc. 5) Petitioner did not respond to the Motion. Petitioner's removal renders moot his habeas petition. As a result, it is:

**ORDERED** that Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot is **GRANTED**; and

**ORDERED** that Petitioner Calixto Rodriguez Villa's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on November 2, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge